IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CRIMINAL CASE NO.: 1:25-CR-86-SA-9

ADRIAN DANIEL DUNN  DEFENDANT

### ORDER EXTENDING STAY

The Defendant, Adrian Daniel Dunn, is one of fourteen Defendants charged in an Indictment [1] filed in this Court on June 12, 2025. Dunn is charged with conspiracy to possess with intent to distribute more than 50 grams of methamphetamine and more than 400 grams of fentanyl.

On September 10, 2025, Dunn voluntarily surrendered to the United States Marshals Service in Phoenix, Arizona. He appeared with counsel for a detention hearing on September 16, 2025. That hearing was held in the District Court for the District of Arizona before Magistrate Judge John Boyle. *See generally* D. Ariz. Cause No. 2:25-mj-5411. The minute entry on the docket indicates that the Defendant was "ordered released on own recognizance with conditions." *Id*. at dkt. [8]. However, at the Government's request, Magistrate Judge Boyle stayed Dunn's release so that the Government could seek an Order from this Court overruling the decision to release Dunn.

The Government has now filed a Motion [152] requesting that this Court "stay release of Defendant on bond" and "revoke order setting conditions of release." [152] at p. 1. This Court, having reviewed the Government's filing, hereby EXTENDS the STAY. Dunn shall not be released at this time.

This Court is in the process of obtaining the audio recording of the detention hearing from the District Court for the District of Arizona so that the undersigned can review the same and

determine how to proceed in this case. The Court will issue an additional Order in due course regarding Dunn's detention and/or the need for an additional hearing.

The Government is ORDERED to immediately provide notice of this Order to the appropriate personnel in the District of Arizona.

SO ORDERED, this the 18th day of September, 2025.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE